# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Criminal No. 10-58 (RHK/JJG) |
| Plaintiff, | **ORDER** |
| v. | |
| Yem Nguyen, | |
| Defendant. | |

---

Construing Counsel's letter request (attached) as a Motion to extend the voluntary surrender from July 13 to August 1, 2011, the Motion is **DENIED**.  Defendant shall surrender on July 13, 2011 as previously ordered.

Dated:   June 28, 2011

                                                                            s/Richard H. Kyle
                                                                            RICHARD H. KYLE
                                                                            United States District Judge